**E-FILED on 4/27/15**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON LEE STARR, | No. C 14-2170 RMW (PR) |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| GREGORY J. AHERN, Sheriff, et al., | |
| Defendants. | |

Plaintiff, a California state civilly committed detainee proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The court issued an order of dismissal with leave to file an amended complaint. (Docket No. 8.) Plaintiff has filed a motion to voluntarily dismiss this case without prejudice. (Docket No. 16.)

Plaintiff may voluntarily dismiss his complaint with or without order of this court. See Fed. R. Civ. P. 41(a)(1)(A), (a)(2). Because no opposing party has been served, plaintiff's motion requesting to dismiss these proceedings is construed as a "notice of dismissal," and requires no order from the court. *See* Fed. R. Civ. P. 41(a)(1)(A)(I). Accordingly, this action is DISMISSED. The clerk of the court shall terminate all pending motions and deadlines and close the file.

IT IS SO ORDERED.

DATED: 4/27/15

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\RMW\CR.14\Starr170voldism.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHANNON L STARR,

          Plaintiff,

  v.

GREGORY J AHERN et al,

          Defendant.

Case Number: CV14-02170 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 27, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shannon Lee Starr ALJ-123
Alameda County Santa Rita Jail
8-A-1
5325 Broder Boulevard
Dublin, CA 94568

Dated: April 27, 2015

                                          Richard W. Wieking, Clerk
                                          By: Jackie Lynn Garcia, Deputy Clerk